IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PATSY ANN REDDICK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No.  **08-844-CJP** |
| | ) | |
| **DILLARD STORE SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

On August 4, 2010, during the jury trial of the above-captioned case, the parties reached an agreement to settle this action.

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice, without costs and with the right to reopen the action if settlement is not consummated.  The dismissal will be with prejudice 60 days after the date of this Order.  The Court retains jurisdiction over this matter for purposes of settlement enforcement.

**IT IS SO ORDERED.**

DATED:  August 4, 2010

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**