# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PATSY ANN REDDICK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   No.   08-844-CJP |
| | ) |
| **DILLARD STORE SERVICES, INC.,** | ) |
| | ) |
| **Defendant(s),** | ) |
| | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Clifford J. Proud on August 4, 2010, (Doc. 63), and Stipulation of Dismissal (Doc. 64), the above-captioned action is **DISMISSED** with prejudice.

**Dated: August 26, 2010**

          **Nancy J. Rosenstengel, Clerk of Court**

          **By:** _____
                  **Deputy Clerk**

**Approved:** _____
    **Clifford J. Proud**
    **United States Magistrate Judge**