# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PATSY ANN REDDICK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   No.   08-844-CJP |
| | ) |
| **DILLARD STORE SERVICES, INC.,** | ) |
| | ) |
| **Defendant(s),** | ) |
| | ) |

## AMENDED JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Clifford J. Proud on August 4, 2010, (Doc. 63), and Stipulation of Dismissal (Doc. 64), the above-captioned action is **DISMISSED** with prejudice.

**Dated: August 27, 2010**

                                      **Nancy J. Rosenstengel, Clerk of Court**

                                      **By:** S/Angela Vehlewald
                                                **Deputy Clerk**

**Approved:**   S/Clifford J. Proud
            **Clifford J. Proud**
            **United States Magistrate Judge**